# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 17, 2023**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO CASTRO-VAZQUEZ, | Case No. 2:23-MJ-00060-JAG |

## CRIMINAL COMPLAINT

I, Derek Davis, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) May 17, 2022, in the county of Chelan in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, | Attempt Distribution of Fentanyl |

This complaint is based on these facts:

☒ Continued on the attached sheet.

**DEREK R DAVIS**
Digitally signed by DEREK R DAVIS
Date: 2023.02.17 10:39:14 -08'00'

*Complainant's signature*

Derek Davis, SA HSI

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: February 17, 2023



*Judge's signature*

James A. Goeke, United States Magistrate Judge

*Printed name and title*

City and state:   Spokane, Washington