AUSA: CAB

County: Chelan

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2023

SEAN F. McAVOY, CLERK

*In re Affidavit in Support of Criminal Complaint as to Ricardo CASTRO-VAZQUEZ (aka "Termite")*

State of Washington    )
                       ss
County of Chelan       )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek Davis, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint for Ricardo CASTRO-VAZQUEZ (aka "Termite"), for Attempted Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846.

2. I am a Special Agent with Homeland Security Investigations ("HSI") and have been since 2006. Prior to serving as an HSI agent, I served as United States Customs Service Inspector for three plus years. During my time as a law enforcement officer, I have participated in numerous investigations into the distribution of controlled substances.

3. The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; (3) evidence collected through investigative

Affidavit of Special Agent Davis (23-mj-00060-JAG)- 1

operations. Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4. As part of an ongoing investigation into a drug trafficking organization operating in the Eastern District of Washington, on or about May 9, 2022, I observed an Audi Q5 with Illinois State license plate number FP132230 at the identified residence of Ricardo CASTRO-VAZQUEZ ("CASTRO") located at 3013 Edward St. in Malaga, Washington. A review of Illinois Department of Licensing records shows this vehicle is registered to EAN Holdings LLC, Lombard, Illinois, DBA Enterprise Rental. Later the same day, I confirmed through Enterprise Rental this vehicle was recently rented by Elizabeth GUZMAN. I am familiar with GUZMAN as CASTRO's wife based on the totality of the investigation.

5. On or about May 12, 2022, I again conducted surveillance at 3013 Edward St., and did not observe the Audi Q5 at the residence. A short time later, I received information from Chelan County Detective ("Det.") Brett Peterson with the Columbia River Drug Task Force ("CRDTF") that it appeared CASTRO was

Affidavit of Special Agent Davis (23-mj-00060-JAG) - 2

likely in California at that time.

6.     On or about May 17, 2022, I contacted Enterprise Rental and inquired whether or not the Audi Q5 (above) had been returned. An Enterprise Rental representative informed me the vehicle had not yet been returned, and that the vehicle was currently past due. The Enterprise employee dialed a contact number on the rental contract and learned the vehicle was anticipated to be returned in Wenatchee later that day, and the individual who answered the call advised that they were in the Yakima, Washington area.

7.     I, along with other law enforcement officers from multiple agencies, set up surveillance at known travel corridors between Yakima and Wenatchee in attempt to locate the Audi Q5. A short time later, I received information that detectives with the Moses Lake Street Crimes ("MLSC") unit observed the Audi Q5 north of George, Washington, traveling at a high rate of speed, and that the Audi Q5 was eventually pulled over by MLSC. I was advised that during the vehicle stop, the driver[1] of the Audi Q5 was identified; however, CASTRO was not present. The driver subsequently granted consent to search the Audi Q5. During a search of the Audi Q5, MLSC Detectives observed a bag of suspected

---

[1] The driver has no known criminal history per NCIC. The driver was likely providing information in hopes for consideration on that situation. Based on the corroboration (below), it appears the driver provided credible information.

Affidavit of Special Agent Davis (23-mj-00060-JAG) - 3

fentanyl-laced pills in a bag in the vehicle, which was located within the driver's reach. The pills were not seized at this time.

8.     The driver and the Audi Q5 were transported by law enforcement to the HSI Wenatchee office. While at the HSI Wenatchee office, the driver affirmed consent to search the Audi Q5 as well as provided consent to search his/her cellular phone. During the search of the Audi Q5, more than 100 suspected fentanyl-laced pills were seized from the bag (noted above). No other apparent drugs were discovered during the search of the Audi Q5. A fuel receipt was located for a gas station near Ashland, Oregon, dated 05/17/2022, was discovered inside of the vehicle.

9.     The driver advised he/she was supposed to deliver the pills in the bag to "Jayden" for CASTRO. The driver stated he/she had dropped CASTRO off prior to being contacted by law enforcement.

10.    During a search of the driver's cellular phone, text messages were observed from earlier that day from a contact saved under the name "Ricky". The driver stated that "Ricky" is CASTRO. A text message from "Ricky" to the driver's phone had an apparent screenshot photo of a contact named "Jayden Weston", along with a corresponding phone number "(509) 669-8506". The next text messages sent from the contact "Ricky", stated "Why have you not giving them to Jayden" and another message "He's been waiting". Additionally, "Ricky"

Affidavit of Special Agent Davis (23-mj-00060-JAG) - 4

resends the two aforementioned messages, along with two additional messages "What's up", and another "Are you gonna give that to Jayden".

11. After further searching for additional text messages within the cellular phone, text messages were observed to have been sent from telephone number "(509) 669-8506", which is the same number mentioned above associated to the contact "Jayden Weston". The messages from this number included but are not limited to, "Just text me when your out front and I'll come out, is that good ?", followed by a photo of a map location, and an additional message "That's the right one my bad". An additional string of text messages was received from the same phone number at approximately 2:05pm, "Yo", followed by another message "Termite told me to call you", followed by another message "I really need those blues can you stop by possible ??"

12. I know the term "blues" is a street term associated to counterfeit M-30 pills, typically containing fentanyl, such as the pills located in the bag in the Audi Q5 (above). Additionally, I know CASTRO utilizes the street name "Termite".

13. I have observed the pills seized from the bag in the Audi Q5 and they appear consistent in appearance with other pills seized in this area that have been tested by crime laboratories and have been determined to contain fentanyl. Therefore, I believe there is probable cause to conclude the pills seized from the

Affidavit of Special Agent Davis (23-mj-00060-JAG) - 5

Audi Q5 contain fentanyl.

## CONCLUSION

14.     Based on the foregoing, I submit there is probable cause to believe that on May 17, 2022, CASTRO committed the offense of Attempted Distribution of a Mixture or Substance Containing Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

DEREK R DAVIS
Digitally signed by DEREK R DAVIS
Date: 2023.02.17 10:40:17 -08'00'

Derek Davis
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically on this 17th day of February, 2023.

James A. Goeke
United States Magistrate Judge

Affidavit of Special Agent Davis (23-mj-00060-JAG) - 6