# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2023
SEAN F. MCAVOY, CLERK

**CASE NAME:** RICARDO CASTRO-VAZQUEZ          **CASE NO.** 2:23-mj-00060-JAG

TOTAL # OF COUNTS: 1     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(C), 846 | Attempted Distribution of Fentanyl | CAG not more than 20 years; and/or $1,000,000 fine; not less than 3 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862A |